# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**JOHN FREDERICK CLARK,**

      **Plaintiff,**

**v.**                                                                                   **Case No:   5:14-cv-172-Oc-22PRL**

**OCALA NATIONAL FOREST,**

      **Defendant.**

## ORDER

This cause is before the Court on Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed on March 19, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 27, 2014 (Doc. No. 5), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Leave to Proceed In Forma Pauperis is hereby DENIED without prejudice.

3. The Complaint is hereby DISMISSED.

4. No later than May 2, 2014 Plaintiff may file an Amended Complaint, and shall pay the filing fee or submit a renewed Motion for Leave to Proceed In Forma Pauperis along with an explanation as to why he is unable to pay the filing fee in light of his receipt of

$15,330.00 during the last twelve months.  Failure to comply with this Order shall result in this action being dismissed for lack of prosecution, without further notice.

**DONE** and **ORDERED** in Ocala, Florida on April 15, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

John Frederick Clark, pro se